

# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| SHIRLEY DIONE WEBSTER,<br>    Plaintiff, and<br>DWAYNE MARVIN GARRETT,<br>    Plaintiff,<br>v.<br>WILLIAM BARR,<br>    Defendant, and<br>JIM FELTE,<br>    Defendant, and<br>GREGORY FRIZZELL,<br>    Defendant, and<br>MICHAEL GANS,<br>    Defendant, and<br>SCOTT S HARRIS,<br>    Defendant, and<br>JACOB LEVITAN,<br>    Defendant. | No. CJ-2020-1446<br>**(Civil relief more than $10,000: FRAUD)**<br><br>Filed: 04/24/2020<br><br><br>Judge: Cantrell, Daman H. |

## PARTIES

BARR, WILLIAM, Defendant
FELTE, JIM, Defendant
FRIZZELL, GREGORY, Defendant
GANS, MICHAEL, Defendant
GARRETT, DWAYNE MARVIN, Plaintiff
HARRIS, SCOTT S, Defendant
LEVITAN, JACOB, Defendant
WEBSTER, SHIRLEY DIONE, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|

"Exhibit 1"

| Attorney | Represented Parties |
|---|---|
| PRO SE | WEBSTER, SHIRLEY DIONE<br>GARRETT, DWAYNE MARVIN |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**  Issue: FRAUD (FRAUD)
Filed By: WEBSTER, SHIRLEY DIONE
Filed Date: 04/24/2020

| Party Name | Disposition Information |
|---|---|
| | Pending. |

**Issue # 2.**  Issue: FRAUD (FRAUD)
Filed By: GARRETT, DWAYNE MARVIN
Filed Date: 04/24/2020

| Party Name | Disposition Information |
|---|---|
| | Pending. |

## DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 04-24-2020 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 04-24-2020 | FRAUD | FRAUD | | | |
| 04-24-2020 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 04-24-2020 | PFE1 | PETITION<br>Document Available (#1045893681) 📄TIFF 📄PDF | | | $ 163.00 |
| 04-24-2020 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 04-24-2020 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |

"Exhibit 1"

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 04-24-2020 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 04-24-2020 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 04-24-2020 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 04-24-2020 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 04-24-2020 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 04-24-2020 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 04-24-2020 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 04-24-2020 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 04-24-2020 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 04-24-2020 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | $ 10.00 |
| 04-24-2020 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 04-24-2020 | COPY | COPIES CHARGED | | | $ 8.00 |
| 04-24-2020 | CNOTE | THIS IS NOT A REFILE BUT IT IS A DUPLICATE CASE OF CJ-19-4167 WHICH WAS MOVED TO FEDERAL COURT. PLAINTIFF INSISTED IT BE FILED AGAIN TO ADD MORE DEFENDANTS - FILING AUTHORIZED BY CV | | | |
| 04-24-2020 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CANTRELL, DAMAN H. TO THIS CASE. | | | |
| 04-24-2020 | ADJUST | ADJUSTING ENTRY: MONIES DUE TO AC09- CARD ALLOCATION | | | $ 6.01 |

"Exhibit 1"

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 04-24-2020 | ACCOUNT | ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:<br>CJ-2020-1446: AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE -$0.25<br>CJ-2020-1446: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25<br>CJ-2020-1446: AC79 OCIS REVOLVING FUND -$0.63<br>CJ-2020-1446: AC67 DISTRICT COURT REVOLVING FUND -$0.07<br>CJ-2020-1446: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02<br>CJ-2020-1446: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18<br>CJ-2020-1446: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04<br>CJ-2020-1446: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.13<br>CJ-2020-1446: AC31 COURT CLERK REVOLVING FUND -$0.05<br>CJ-2020-1446: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15<br>CJ-2020-1446: AC01 CLERK FEES -$4.24 | | | |

"Exhibit 1"

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 04-24-2020 | ACCOUNT | RECEIPT # 2020-4086032 ON 04/24/2020. PAYOR: DWAYNE GARRETT TOTAL AMOUNT PAID: $ 240.14.<br>LINE ITEMS:<br>CJ-2020-1446: $166.76 ON AC01 CLERK FEES.<br>CJ-2020-1446: $6.01 ON AC09 CARD ALLOCATIONS.<br>CJ-2020-1446: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2020-1446: $1.61 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2020-1446: $4.87 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2020-1446: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2020-1446: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2020-1446: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2020-1446: $2.41 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2020-1446: $24.37 ON AC79 OCIS REVOLVING FUND.<br>CJ-2020-1446: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2020-1446: $9.75 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | | | |
| 05-06-2020 | SMF | SUMMONS FEE- 6 | | | $ 60.00 |
| 05-06-2020 | SMIP | SUMMONS ISSUED - PRIVATE PROCESS SERVER | | | |
| 05-06-2020 | ACCOUNT | RECEIPT # 2020-4089144 ON 05/06/2020. PAYOR: DWAYNE MARVIN GARRETT TOTAL AMOUNT PAID: $ 60.00.<br>LINE ITEMS:<br>CJ-2020-1446: $60.00 ON AC01 CLERK FEES. | | | |

"Exhibit 1"

"Exhibit 1"