**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **(1) SHIRLEY DIONE WEBSTER** | ) | |
| **(2) DWAYNE MARVIN GARRET** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 20-cv-00225-JED-JFJ** |
| | ) | |
| **(1) WILLIAM BARR,** | ) | **Removed from Tulsa County District** |
| **(2) JIM FELTE,** | ) | **Court Case No. CJ-2020-1446** |
| **(3) GREGORY FRIZZELL,** | ) | |
| **(4) MICHAEL GANS,** | ) | |
| **(5) SCOTT S. HARRIS,** | ) | |
| **(6) JACOB LEVITAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**STATUS REPORT ON REMOVED ACTION**

This form must be filed by the removing party at the time of filing the notice of removal or within five (5) days of the filing of the notice of removal in the U.S. District Court. *Note:* Additional sheets may be used as necessary.

**I.      State Court Information**

Identify the court from which the case is being removed.      Court: Tulsa County District Court
Specify the number assigned to the case in that court.      Number: CJ-2020-1446

**II.      Style of the Case**

Include all termed/dismissed and pending Plaintiff(s), Defendant(s), Intervenor(s), Counter-Claimant(s), Counter-Defendant(s), Cross-Claimant(s), Cross-Defendant(s), Third-Party Plaintiff(s), and Third-Party Defendant(s). Indicate the party type and the attorney(s) of record for each party.

| Party(ies) | Party Type | Attorney(s) of Record (OBA #, Law Firm & Address, 10-Digit Phone #) |
|---|---|---|
| (1)   Shirley Dione Webster | Plaintiff | *Pro Se* Plaintiff<br>PO Box 217 HC 61<br>Lenepah, OK 74042 |
| (2)   Dwayne Marvin Garrett | Plaintiff | *Pro Se* Plaintiff<br>395241 West 3000 Road<br>Ochelata, OK 74051 |
| (1)   William Barr<br>(2)   Jim Felte<br>(3)   Gregory Frizzell<br>(4)   Michael Gans<br>(5)   Scott S. Harris<br>(6)   Jacob Levitan | Defendants | Rachael F. Zintgraff, OBA No. 31597<br>Assistant United States Attorney<br>110 West 7th Street, Suite 300<br>Tulsa, Oklahoma 74119<br>T: 918-382-2719<br>F: 918-560-7948<br>Rachael.Zintgraff@usdoj.gov<br>*Attorney for Federal Defendants in their Official Capacity* |

**III.**     **Jury Demand**

Was a Jury Demand made in State Court?     ☐ Yes     ☐ Yes, but rescinded     ☒ No

| Requesting Party(ies) | Date of Request |
|---|---|
| | |
| | |
| | |

**IV.**     **Complaints, Counter-Claims, Cross-Claims, Third Party Complaints, and Intervenor Complaints**

List all complaint-type documents (Complaints, Amended Complaints, Counter-Claims, Amended Counter-Claims, Cross-Claims, Amended Cross-Claims, Third-Party Complaints, Amended Third-Party Complaints, Intervenor Complaints, and Amended Intervenor Complaints) filed in State Court. Indicate filing party(ies), against whom, and date filed.

| Complaint-Type Document(s) | Filing Party(ies) | Against Whom | Date Filed |
|---|---|---|---|
| Petition | Plaintiffs | Defendants | 04/24/2020 |
| | | | |
| | | | |

**V.**     **Unserved Parties**

List parties not served at time of case removal.

| Unserved Party(ies) | Reason(s) for No Service |
|---|---|
| (1)  William Barr | Insufficient service under Fed. R. Civ. 4(i) |
| (2)  Jim Felte | Insufficient service under Fed. R. Civ. 4(i) |
| (3)  Gregory Frizzell | Insufficient service under Fed. R. Civ. 4(i) |
| (4)  Michael Gans | Insufficient service under Fed. R. Civ. 4(i) |
| (5)  Scott S. Harris | Insufficient service under Fed. R. Civ. 4(i) |
| (6)  Jacob Levitan | Insufficient service under Fed. R. Civ. 4(i) |

**VI.**     **Answer**

Was an Answer made in State Court?     Yes ☐     No ☒

If **Yes**, indicate document answered, filing party(ies), and date filed.

| Document Answered | Filing Party(ies) | Date Filed |
|---|---|---|
| | | |
| | | |
| | | |

**VII.   Nonsuited, Dismissed or Terminated Parties**

List party(ies) nonsuited, dismissed or terminated from the State Court action. Indicate date of termination/dismissal.

| Nonsuited, Dismissed or Terminated Party(ies) | Date Terminated/Dismissed |
|---|---|
| None | |
| | |
| | |

**VIII.   Remaining Claims of the Parties**

List all pending complaint-type documents from Section IV. Indicate filing party(ies), against whom and date filed.

| Pending Complaint-Type Document(s) | Filing Party(ies) | Against Whom | Date Filed |
|---|---|---|---|
| Petition | Plaintiffs | Defendants | 04/24/2020 |
| | | | |
| | | | |

**IX.   Pending Motions**

List all contested pending motions. Indicate filing party(ies) and date filed.

| Pending Motions | Filing Party(ies) | Date Filed |
|---|---|---|
| Motion to Dismiss | William Barr, Jim Felte, Gregory Frizzell, | May 22, 2020 |
| | Michael Gans, Scott S. Harris and | |
| | Jacob Levitan | |

| | |
|---|---|
| Removing Party(ies): | William Barr, Jim Felte, Gregory Frizzell, Michael Gans, Scott S. Harris and Jacob Levitan |
| Attorney Signature: | s/ Rachael F. Zintgraff |
| Printed Name: | Rachael F. Zintgraff |
| OBA Number: | 31597 |
| Law Firm: | Assistant United States Attorney |
| Address: | 110 West 7th St., Suite 300 |
| City, State, Zip Code: | Tulsa, Oklahoma 74119 |
| 10-Digit Phone Number: | 918-382-2700 |
| Facsimile: | 918-560-7948 |
| Email Address: | Rachael.Zintgraff@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2020, I served the same document by:

☒ U.S. Postal Service      ☐ In-Person Delivery      ☐ Courier Service      ☐ Email

on the following, who are not registered participants of the ECF System:

      Name(s) and Address(es):

Shirley Dione Webster
PO Box 217 HC 61
Lenepah, OK 74042

Dwayne Marvin Garrett
395241 West 3000 Road
Ochelata, OK 74051



s/ Michelle Hammock
Michelle Hammock
Paralegal Specialist